11 So.2d 568

**Pickens WILSON v. STATE.**

**4 Div. 274.**

Supreme Court of Alabama.

Jan. 28, 1943.

Rehearing Denied Feb. 12, 1943.

John C. Walters and Wallace D. Walters, both of Troy, for the petition.

Wm. N. McQueen, Atty. Gen., and L. L. Mooneyham, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Pickens Wilson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Wilson v. State, Ala. App., 11 So.2d 563.

Writ denied.

All the Justices concur.